CHICAGO & ALTON RAILWAY COMPANY v. EDWARD J. GILDERSLEEVE, Appellant.

In Banc, April 13, 1909.

CONTEMPTS: Punishment: Limited by Statute. The inherent power of circuit courts to fix the amount of punishment for contempts cannot be limited or abridged or regulated by statute.

Transferred from St. Louis Court of Appeals.

AFFIRMED.

*Chester H. Krum* and *Edward J. O'Brien* for appellant.

*Johnson & Richards* for respondent.

GANTT, J.—Edward J. Gildersleeve, appellant, was fined three hundred dollars by the circuit court of St. Louis for contempt of court, in violating a decree of injunction by said court. From that judgment he appealed to the St. Louis Court of Appeals, and that court transferred the cause to this court on a constitutional point, to-wit, that section 1617, Revised Statutes 1899, was unconstitutional. For the reasons assigned in Chicago, Burlington & Quincy Ry. Co. v. Edward J. Gildersleeve, in the opinion handed down this day, and reported at page 170 of this Report, the judgment of the circuit court is affirmed. *Valliant, C. J., Burgess* and *Fox, JJ.,* concur; *Lamm, Woodson* and *Graves, JJ.,* dissent in an opinion by *Lamm, J.*